ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
California Bar No. 140310
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6528
    Facsimile:   (213) 894-7177
    E-mail: Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CV 10-2573 ODW(DTBx) |
| Plaintiff, ) | |
| v. ) | **CONSENT JUDGMENT OF** |
| $17,505.00 IN U.S. CURRENCY,) | **FORFEITURE** |
| Defendant. ) | |
| _____ ) | |
| RICHARD ARNETT, ) | |
| Claimant. ) | |
| _____ ) | |

     This action was filed on April 8, 2010.  Notice was given and
published in accordance with law.  Claimant Richard Arnett
("claimant") filed a verified claim on May 24, 2010.  No other

1  statements of interest or answers have been filed, and the time for
2  filing such statements of interest and answers has expired.
3  Plaintiff and claimant have reached an agreement that is
4  dispositive of the action.  The parties hereby request that the
5  Court enter this Consent Judgment of Forfeiture.

6      **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

7     1.  This Court has jurisdiction over the parties and the
8         subject matter of this action.

9     2.  Notice of this action has been given in accordance with
10        law. All potential claimants to the defendant $17,505.00
11        in U.S. currency ("defendant currency") other than
12        claimant are deemed to have admitted the allegations of
13        the Complaint.  The allegations set out in the Complaint
14        are sufficient to establish a basis for forfeiture.

15    3.  The United States of America shall have judgment as to
16        $14,505.00 of the defendant currency, plus all interest
17        earned by the government on that amount, and no other
18        person or entity shall have any right, title or interest
19        therein.  The United States Marshals Service is ordered
20        to dispose of said assets in accordance with law.

21    4.  $3,000.00 of the defendant currency, together with all
22        interest earned by the government on that amount since
23        seizure, shall be paid to claimant not later than forty-
24        five (45) days from the date of the entry of this
25        judgment by electronic transfer directly into the account
26        entitled "Paul L. Gabbert, Client Trust Account."
27        Claimant's counsel agrees to provide appropriate
28        financial institution account information within 10 days

1          of execution of this consent judgment.

2    5.    Claimant hereby releases the United States of America,

3          its agencies, agents, and officers, including employees

4          and agents of the Drug Enforcement Administration, from

5          any and all claims, actions or liabilities arising out of

6          or related to this action, including, without limitation,

7          any claim for attorney's fees, costs or interest which

8          may be asserted on behalf of the claimant, whether

9          pursuant to 28 U.S.C. § 2465 or otherwise.

10   6.    The court finds that there was reasonable cause for the

11          seizure of the defendant currency and institution of

12          these proceedings. This judgment shall be construed as

13          a certificate of reasonable cause pursuant to 28 U.S.C.

14          § 2465.

15   Dated: June 15, 2010

16

17                   _____

18                   THE HONORABLE OTIS D. WRIGHT II
                         UNITED STATES DISTRICT JUDGE

19

20   **[Signatures of counsel appear on the next page.]**

21

22

23

24

25

26

27

28

**Approved as to form and content:**

Dated: June        , 2010       ANDRÉ BIROTTE JR.
                                United States Attorney
                                CHRISTINE C. EWELL
                                Assistant United States Attorney
                                Chief, Criminal Division
                                STEVEN R. WELK
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section

                                _____
                                P. GREG PARHAM
                                Assistant United States Attorney
                                Asset Forfeiture Section

                                Attorneys for Plaintiff
                                United States of America

Dated: June        , 2010

                                _____
                                PAUL L. GABBERT
                                Attorney for Claimant
                                RICHARD ARNETT